UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re:                                              }
Sharon L Hussein                                    } Case No. 23-90521-AKM-13
    Debtor                                          }

## MOTION TO SELL AT PRIVATE SALE

The Debtor hereby moves the court, pursuant to 11 U.S.C. § 363(b) and Local Rule B-6004-2, to approve the sale of property as described below and state as follows:

1. The property to be sold is the Debtors' property, commonly known as 529 Fenwick Drive, New Albany, IN 47150 (the "Property").

2. The property was marketed for sale by Diamond Key Realtors, Diamond Shirley and only one offer was considered.

3. The terms of the sale are attached hereto as Exhibit A. The proposed sales price is $160,000.00.

4. After the satisfaction of any anticipated judgment liens against the property, accrued taxes, and other costs and expenses of the sale as summarized in the Estimated Closing attached hereto as Exhibit A, the debtor will claim the maximum exemption amount allowed for under Indiana Code § 34-55-10-©(1) of $22,750.00. The Debtor's bankruptcy estate shall receive the remaining sale proceeds.

5. Said sale is contingent upon the contingencies specified in Exhibit A.

6. The Proposed buyer is Vas Properties. There are no known relationships between the prospective purchasers and the Debtor or the Standing Trustee.

7. The proposed sale seeks to sell the property free and clear of all liens. The first mortgage lien held by Rushmore Loan Management Services will be paid in full at closing.

**NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to enter an order approving the sale, or if you want the court to consider your views on the motion, then within **21 days** from the date of service or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)., you or your attorney must file with the Bankruptcy Clerk a written objection explaining your position.

Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring Street
> New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion and to the Trustee. **If an objection is NOT timely filed, the requested relief may be granted.**

**WHEREFORE**, the Debtor moves the court to enter an order approving the sale and granting such other relief as appropriate.

Respectfully submitted,

KOEHLER LAW OFFICE

By: /s/ Lloyd E. Koehler
Lloyd E. Koehler
Attorney No. 15669-98
Counsel for Debtor
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of July, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com
U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

A copy of the foregoing was sent on the 6th day of July, 2023 via certified mail to the following:

Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001

U.S. Attorney's Office, Southern District of Indiana, 10 West Market Street Suite 2100, Indianapolis, IN 46204

Highest Ranking Officer, Rushmore Loan Management Services, LLC, 1755 Wittington Place, Ste 400, Dallas, TX 75234

I further certify that a true copy of the foregoing motion was sent via U.S. Mail this 6th day of July, 2023 to all parties attached hereto:

/s/ Lloyd E. Koehler
Lloyd E. Koehler